IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **KAREN ANDREWS,** individually and on behalf of all others similarly situated under 29 USC 216(b),<br><br>*Plaintiff*,<br><br>v.<br><br>**SUN SOUTH HOME-HEALTH ENTERPRISES, INC.** and **AKBAR MEMARIANFARD,** individually,<br><br>*Defendants*. | Civil Action No. 3:19-cv-426 |

## ORDER GRANTING PLAINTIFF'S MOTION
## FOR ENTRY OF DEFAULT JUDGMENT

This matter is before the Court on Plaintiffs Motion for Entry of Default Judgment, on the grounds that the above-mentioned Defendants have failed to appear or defend the Complaint of Plaintiff. The Court, having reviewed the motion and supporting Exhibits, now finds that it should be **GRANTED**.

Accordingly, it is **ORDERED** that Plaintiff's Motion for Entry of Default Judgment is **GRANTED**. Entry of Judgment is to follow. Defendants are **ORDERED** to pay Plaintiff damages in the amount of $21.498.95. Defendants are further **ORDERED** to pay Plaintiff's Counsel attorneys' fees and costs in the amount of $6,750.00. This is the final judgment and disposes of all issues before the Court.

SIGNED this 15th day of March, 2022.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE